## JESS BUTLER v. THE STATE.

No. 11273.  Delivered December 21, 1927.

**Possessing Mash, Etc.—No Recognizance—Appeal Dismissed.**

No recognizance was filed in this case in the court below, as required by Art. 816, C. C. P. Instead appellant filed an appeal bond during the term of court, under Art. 818, C. C. P. This appeal bond did not confer jurisdiction on this court, and same is dismissed.

Appeal from the District Court of Rains County. Tried below before the Hon. Grover Sellers, Judge.

Appeal from a conviction for possessing mash for the purpose of manufacturing intoxicating liquor, penalty one year in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson,* State's Attorney, for the State.

MARTIN, JUDGE.—Offense, the unlawful possession of mash for the manufacture of spirituous, vinous, and malt liquors capable of producing intoxication, penalty one year in the penitentiary.

No recognizance was filed in term time, as required by Art. 816, C. C. P. Instead an appeal bond was filed during term time under Art. 818, C. C. P. Under such circumstances this Court acquires no jurisdiction of this appeal and same is accordingly ordered dismissed.

*Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.